UNITED STATES FEDERAL COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON HOLLIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-535-SDJ |
| J4 DEVELOPMENT, INC., | § § § | |
| Defendant. | § § § § | |

## NOTICE OF SETTLEMENT OF CASE

Plaintiff Jason Hollis files this Notice of Settlement of Case and would respectfully show the Court as follows:

1. On October 4, 2021, the parties reached a settlement in this case.

2. The parties are in the process of preparing the settlement documents and expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees within the next 30 days.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Moreland Verrett, PC
700 West Summit Dr.
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605
Email: doug@morelandlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Settlement has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on October 8, 2021.

                                                /s/ Douglas B. Welmaker
                                                Douglas B. Welmaker