# UNITED STATES FEDERAL COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JASON HOLLIS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | Case No. 4:21-cv-535-SDJ |
| § | |
| **J4 DEVELOPMENT, INC.,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jason Hollis and Defendant J4 Development, Inc. ("Defendant") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendant pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendant. Plaintiff and Defendant will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant.

        Respectfully submitted,

        /s/  *Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Moreland Verrett, PC
        2901 Bee Cave Rd, Box L
        Austin, Texas 78746
        Phone: (512) 782-0567
        Fax: (512) 782-0605
        Email: doug@morelandlaw.com

        ATTORNEY FOR PLAINTIFF


        /s/ Brian W. Zimmerman
        Brian W. Zimmerman
        Attorney-in-Charge
        State Bar No. 00788746
        3040 Post Oak Blvd., Suite 1300
        Houston, Texas 77056
        Telephone: 713-212-2651
        Facsimile: 713-963-0859
        bzimmerman@spencerfane.com

        ATTORNEY FOR DEFENDANT J4 DEVELOPMENT, INC.

OF COUNSEL:

SPENCER FANE LLP
Jon L. Tankersley
State Bar No. 19636400
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone: 713-212-2653
Facsimile: 713-963-0859
jtankersley@spencerfane.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on November 8, 2021.

/s/ Douglas B. Welmaker  
Douglas B. Welmaker
